

**ORDERED in the Southern District of Florida on July 13, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**
www.flsb.uscourts.gov

In re:

Case No.  26-16319-PDR

LYMION GROUP, INC.,

Chapter 7

        Debtor.

_____/

### ORDER GRANTING CHAPTER 7 TRUSTEE'S
### APPLICATION FOR EMPLOYMENT OF GENERAL COUNSEL

**THIS MATTER** came before the Court without the necessity of hearing upon the *Application for Retention and Employment of General Counsel* (the "**Application**") [ECF. No. 28], filed by Drew M. Dillworth (the "**Trustee**"), as Chapter 7 trustee of the above-styled bankruptcy estate of Lymion Group, Inc. (the "**Debtor**"), seeking entry of an approving retention and employment of Daniel Halperin, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (the "**Firm**"), as the Trustee's general counsel. The Court, having

reviewed the Application, the affidavit of disinterestedness, the engagement agreement, and the record, having found that Mr. Halperin and the Firm hold no interest adverse to the estate in the matters upon which they are engaged, that Mr. Halperin and the Firm are disinterested persons as required by 11 U.S.C. § 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interest of the estate, it is

ORDERED that:

The Application is GRANTED.

The Trustee is AUTHORIZED to employ Daniel Halperin and the Firm as general counsel for the Trustee in this case.

# # #

Submitted by:
Daniel Halperin, Esq.
dhalperin@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*(Daniel Halperin is directed to serve a conformed copy of this Order, immediately upon receipt of same from the Court, upon all interested parties.)*