**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

LYMION GROUP, INC.

Debtor.

Chapter 7
Case No.: 26-16319-PDR

______________________________________/

## *EX PARTE* MOTION TO APPEAR REMOTELY AT NOVEMBER 10, 2026 HEARING

Now comes Creditor Brent C. Berge, Investment Trustee on behalf of the Brent Christopher Berge 2012 Trust dtd 12-24-12 (the "**Berge Trust**"), by and through undersigned counsel, hereby moves (the "**Motion**") this Court for an order authorizing Samuel A. Schwartz, Esq. ("**Attorney Schwartz**") to appear and make arguments in this case remotely via Zoom at the hearing scheduled for November 10, 2026 at 10:00 AM (ET) (the "**Hearing**"), and in support of the Motion, states as follows:

Pursuant to the Court's *Requirements and Procedures for Remote Attendance at Hearings*, an *ex parte* motion requesting leave to attend remotely for good cause must be filed not later than two business days before the hearing unless there are unforeseen circumstances.

Attorney Schwartz is based in Las Vegas, Nevada, and the Berge Trust is based in greater Phoenix, Arizona, where the action underlying the motion for stay relief giving rise to the instant request, is currently stayed. Attorney Schwartz respectfully requests this accommodation for time and cost efficiency reasons.

[Continued on next page.]

WHEREFORE, for the foregoing reasons, the Berge Trust respectfully requests that this Court enter an order substantially in the form attached here to as **Exhibit 1**: (a) granting this Motion; (b) authorizing counsel to appear remotely at the Hearing via Zoom; and granting such other and further relief as the Court deems proper.

Dated October 30, 2026

Respectfully submitted,

**SCHWARTZ, PLLC**

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Florida Bar No. 0729930
saschwartz@nvfirm.com
601 East Bridger Avenue
Las Vegas, Nevada 89101
Tel: (702) 385-5544

*Attorneys for Movant/Creditor Brent C. Berge, Investment Trustee on Behalf of the Brent Christopher Berge 2012 Trust dtd 12-24-12*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2026, a true and correct copy of the foregoing was electronically filed and served via the Court's CM/ECF system and/or U.S. Mail to:

Via CM/ECF:

- **Silvio Amico** silvioamico@bellsouth.net
- **Drew M Dillworth** ddillworth@stearnsweaver.com, dmd@trustesolutions.net;mfernandez@stearnsweaver.com;dmd@trustesolutions.net;
- fsanchez@stearnsweaver.com
- **John Gravante** john@jayaramlaw.com
- **Daniel J Halperin** dhalperin@stearnsweaver.com, lcruz@stearnsweaver.com;jmartinez@stearnsweaver.com;
- mfernandez@stearnsweaver.com
- **Meaghan E Murphy** mmurphy@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@melandbudwick.com; ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com; mmurphy@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Steven G. Powrozek** spowrozek@logs.com, LOGSECF@logs.com
- **Michael D. Seese** mseese@seeselaw.com, sseward@seeselaw.com
- **Joel L Tabas** jtabas@mrthlaw.com, lshortino@mrthlaw.com;jlt@trustesolutions.net
- **Thomas G Zeichman** tom@zeichmanlaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

Via U.S. Mail:

Folder IT S.A.
Fit4 Growth, LLC
c/o Paula Aguila, Esq.
Monica Amador, Esq.
MPA LAW
1395 Brickell Avenue, Suite 800
Miami, FL 33131

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz

# Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

LYMION GROUP, INC.

Chapter 7
Case No. 26-16319

Debtor.
_______________________________________/

**ORDER GRANTING *EX PARTE* MOTION TO ALLOW SAMUEL A. SCHWARTZ, ESQ. TO APPEAR REMOTELY AT THE NOVEMBER 10, 2026, HEARING**

THIS CAUSE having come before the Court upon the *Ex Parte Motion to Allow Samuel A. Schwartz, Esq. to Appear Remotely at the November 10, 2026, Hearing* [ECF No.___] the ("**Motion**"). The Court, having considered the Motion and finding good cause for the granting thereof, does hereby order as follows:

**ORDERED** that the Motion is **GRANTED**; and it is further

[Continued on next page.]

**ORDERED** that Samuel A. Schwartz, Esq. is authorized to appear remotely via Zoom at the hearing on November 10, 2026, at 10:00 AM (ET).

###

Respectfully submitted,

**SCHWARTZ, PLLC**

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Florida Bar No. 0729930
saschwartz@nvfirm.com
601 East Bridger Avenue
Las Vegas, Nevada 89101
Tel: (702) 385-5544

*Attorneys for Movant/Creditor Brent C. Berge, Investment Trustee on Behalf of the Brent Christopher Berge 2012 Trust dtd 12-24-12*

*Attorney Samuel A. Schwartz of Schwartz, PLLC, 601 East Bridger Avenue, Las Vegas, Nevada 89101, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service thereon.*